IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

COURTNEY CREWS                                                                                   PLAINTIFF

VS.                                                          CIVIL ACTION NO. 3:08-cv-00035-DPJ-JCS

ABC PROFESSIONAL TREE SERVICE
and JAVIER M. SANTIAGO                                                                       DEFENDANTS

**AGREED ORDER OF REMAND**

THIS CAUSE having came on for hearing on the motion of plaintiff to remand this action to the County Court for the First Judicial District of Hinds County, Mississippi, and this Court being advised that plaintiff expressly concedes and stipulates that the amount in controversy in this action does not at present and will never exceed $75,000.00 exclusive of interest and costs and that because of this concession, plaintiff and defendants have agreed that remand of this action is proper, is of the opinion that the motion is well taken and is granted conditioned on plaintiff's aforementioned concession and stipulation.

IT IS, THEREFORE, ORDERED AND ADJUDGED this action shall be and is hereby remanded to the County Court for the First Judicial District of Hinds County, Mississippi, with each party to bear its own costs.

**SO ORDERED AND ADJUDGED** this the 21[th] day of July, 2008.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED TO:


s/Michael M. Williams
MICHAEL M. WILLIAMS- BAR # 7252
mwilliams@dgwlaw.com
ATTORNEY FOR PLAINTIFF


s/Robert S. Addison
ROBERT S. ADDISON - BAR # 1152
raddison@danielcoker.com
ATTORNEY FOR DEFENDANTS


118208:scp